IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEMETRIUS L. WOODS**
ADC # 108514                                                                                             **PLAINTIFF**

v.                                    No. 2:24-cv-26-DPM-JTK

DOE; GARY MUSSLELWHITE, Head
Warden, ADC; PIERCE, Deputy Warden,
ADC; JIMMY COLEMAN, Building
Major, Cummins Unit, ADC; EDDIE
KNIGHT, Sgt., East Building Property,
ADC; CURRY BRANHAM, Shift Lt., East
Building, ADC; COREY HAYNIE, Shift
Lt., East Building, ADC; N. BASS,
Building Lt., ADC; TAYLOR, Sgt., East
Building, ADC; ISAAC WADE, Captain,
East Building Commander, ADC; JAMES,
Lt./Shift Commander, East Building, ADC;
TOYA JOHNSON, Supervisor, Cummins
Unit, ADC; QUINTON MIXON, Captain/
Commander/Supervisor, East Building,
ADC; WEEST; Sgt., Cummins Unit, ADC;
ADAMS, Former CO II, Cummins Unit,
ADC; MOSES JACKSON, Warden, East
Arkansas Regional Unit, ADC; and
DEXTER PAYNE, Director, ADC                                                   **DEFENDANTS**

### ORDER

Unopposed partial recommendation, *Doc. 15*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).

-2-

Woods's excessive force ad retaliation claims against Shift Lieutenant Branham go forward.  All other claims are dismissed without prejudice.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2024