# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DEMETRIUS L. WOODS**  
ADC # 108514                                                                PLAINTIFF

v.                        No. 2:24-cv-26-DPM-JTK

**CURRY BRANHAM**, Shift Lt., East  
Building, ADC                                                               DEFENDANT

## ORDER

Unopposed partial recommendation, *Doc. 20*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for temporary restraining order, *Doc. 19*, denied.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

12 August 2024