## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**DEMETRIUS L. WOODS**                                    **PLAINTIFF**
**ADC # 108514**

**v.**                            **No. 2:24-cv-26-DPM-JTK**

**CURRY BRANHAM, Shift Lt., East**
**Building, ADC**                                    **DEFENDANT**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, *Doc. 28*, and overrules Lieutenant Branham's objections, *Doc. 33*. Fed. R. Civ. P. 72(b)(3). Woods's third amended complaint isn't a model of clarity. But Magistrate Judge Kearney has done yeoman's work paring it down to the retaliation and excessive force claims against Lieutenant Branham that remain pending. This Court has already found that Woods adequately pleaded those claims. *Doc. 18*. Branham can defend against them. Ambiguities can be cleared up in discovery, particularly at Woods's deposition. Lieutenant Branham's motion to dismiss, *Doc. 23*, is denied.

So Ordered.

*D.P. Marshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

10 September 2024