IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEMETRIUS L. WOODS**
**ADC # 108514**                                                                                       **PLAINTIFF**

v.                              No. 2:24-cv-26-DPM-JTK

**CURRY BRANHAM, Shift Lt., East**
**Building, ADC**                                                                                     **DEFENDANT**

### ORDER

On *de novo* review, the Court adopts as modified Magistrate Judge Kearney's partial recommendation, *Doc. 55*. Fed. R. Civ. P. 72(b)(3). The Court reads Woods's late response, *Doc. 56*, to the motion for summary judgment as his objections to the partial recommendation and overrules them. Here's the modification. The last line of the last full paragraph on page five should read "The Court agrees that these grievances do not exhaust the allegations of retaliation Plaintiff brought in this lawsuit." The word "not" was inadvertently missing.

The Court is concerned by what Woods alleges in his response. But the failure to protect issues are not before the Court in this case. *Doc. 15 & 18*. And while the Court understands that it is difficult to proceed *pro se*, particularly as an inmate, Woods still must comply with the rules. He hasn't met proof with proof on the issue of exhaustion. Branham is entitled to summary judgment on the retaliation claims.

–2–

The motion for partial summary judgment, *Doc. 42*, is granted. The retaliation claims against Lieutenant Branham are dismissed without prejudice.  The excessive force claims move forward.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>14 April 2025</u>