**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DEMETRIUS L. WOODS**                                    **PLAINTIFF**
**ADC # 108514**

**v.**                          **No. 2:24-cv-26-DPM-JTK**

**CURRY BRANHAM, Shift Lt., East**
**Building, ADC**                                    **DEFENDANT**

### ORDER

Unopposed partial recommendation, *Doc. 73*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion, *Doc. 72*, denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 March 2026