# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**DEMETRIUS L. WOODS**                                              **PLAINTIFF**
**ADC # 108514**

v.                                    **No. 2:24-cv-26-DPM**

**CURRY BRANHAM, Shift Lt., East**
**Building, ADC**                                              **DEFENDANT**

### ORDER

The Court adopts Magistrate Judge Kearney's thorough, unopposed recommendation, *Doc. 77*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 66*, granted. Woods's excessive force claims against Lieutenant Branham will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2026