# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**DEMETRIUS L. WOODS**                                          **PLAINTIFF**
**ADC # 108514**

v.                                   No. 2:24-cv-26-DPM

DOE;  GARY MUSSLELWHITE, Head
Warden, ADC;  PIERCE, Deputy Warden,
ADC;  JIMMY COLEMAN, Building
Major, Cummins Unit, ADC;  EDDIE
KNIGHT, Sgt., East Building Property,
ADC;  CURRY BRANHAM, Shift Lt., East
Building, ADC;  COREY HAYNIE, Shift
Lt., East Building, ADC;  N. BASS,
Building Lt., ADC;  TAYLOR, Sgt., East
Building, ADC;  ISAAC WADE, Captain,
East Building Commander, ADC;  JAMES,
Lt./Shift Commander, East Building, ADC;
TOYA JOHNSON, Supervisor, Cummins
Unit, ADC;  QUINTON MIXON, Captain/
Commander/Supervisor, East Building,
ADC;  WEEST;  Sgt., Cummins Unit, ADC;
ADAMS, Former CO II, Cummins Unit,
ADC;  MOSES JACKSON, Warden, East
Arkansas Regional Unit, ADC;  and
DEXTER PAYNE, Director, ADC                    **DEFENDANTS**

## JUDGMENT

Woods's excessive force claims against Lieutenant Branham are dismissed with prejudice.  His other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2026